BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2724

FILED

FEB 17 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAVEL YAKIMENKO,<br>NIKOLAY YAKIMENKO,<br>YURIY KALTAKCHI, and<br>SVETLANA KRAMARENKO,<br>aka LANA CONWAY,<br><br>Defendants. | NO. 2:12-cr-0048 KJN<br><br>ORDER UNSEALING FILES |

Upon application of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the files in the above-referenced case be, and hereby are, UNSEALED.

DATED: Feb 17, 2012

HONORABLE KENDALL J. NEWMAN
United States Magistrate Judge