DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
1007 7th Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 447-8600
Fax (916) 930-6482
E-Mail: davefischer@yahoo.com

Attorney for Defendant
NIKOLAY YAKIMENKO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAVEL YAKIMENKO<br>NIKOLAY YAKIMENKO<br>YURIY KALTAKCHI, AND<br>SVETLANA KRAMARENKO<br><br>Defendants. | No. 2:12-CR-00048 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendants, by and through each counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 26, 2013.

2. By this stipulation, the defendants now move to continue the status conference until November 7, 2013, at 9:30 a.m., and to exclude time between September 26, 2013, and November 7, 2013, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

1

a. The government has represented that the discovery associated with this case includes approximately 2,722 pages of investigative reports and related documents in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Additional discover requested by the defense has also been provided.

b. Counsel for the defendants desire additional time to consult with their respective clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial.

c. Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 26, 2013, to November 7, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions

of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 24, 2013      U.S. ATTORNEY

    by:    /s/ David D. Fischer for
MICHELLE BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: September 24, 2013      /s/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
NIKOLAY YAKIMENKO

Dated: September 24, 2013      /s/ David D. Fischer for
OLAF HEDBERG
Attorney for Defendant
PAVEL YAKIMENKO

Dated: September 24, 2013      /s/ David D. Fischer for
STANLEY KUBOCHI
Attorney for Defendant
YURIY KALTACHI

Dated: September 24, 2013      /s/ David D. Fischer for
TIMOTHY ZINDEL
Attorney for Defendant
SVETLANA KRAMAREKNO

**O R D E R**

IT IS SO FOUND AND ORDERED this 25th day of September, 2013.

Troy L. Nunley
United States District Judge