DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
1007 7th Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 447-8600
Fax (916) 930-6482
E-Mail:  davefischer@yahoo.com

Attorney for Defendant
NIKOLAY YAKIMENKO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAVEL YAKIMENKO<br>NIKOLAY YAKIMENKO<br>YURIY KALTAKCHI, AND<br>SVETLANA KRAMARENKO<br><br>Defendants. | No. 2:12-CR-00048 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and the defendants, by and through each counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for status on November 7, 2013.

2.  By this stipulation, the defendants now move to continue the status conference until January 16, 2014, and to exclude time between November 7, 2013, and January 16, 2014, under Local Code T4.  Plaintiff does not oppose this request.

3.  The parties agree and stipulate, and request that the Court find the following:

1

a. The government has represented that the discovery associated with this case includes approximately 2,722 pages of investigative reports and related documents in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Additional discovery requested by the defense has also been provided. Additional requests for additional discovery are being considered by the government.

b. Counsel for the defendants desire additional time to consult with their respective clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial.

c. Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 7, 2013, to January 16, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 4, 2013                                  U.S. ATTORNEY

                                              by:    /s/ David D. Fischer for
                                                     MICHELLE BECKWITH
                                                     Assistant U.S. Attorney
                                                     Attorney for Plaintiff


Dated: November 4, 2013                              /s/ David D. Fischer
                                                     DAVID D. FISCHER
                                                     Attorney for Defendant
                                                     NIKOLAY YAKIMENKO

Dated: November 4, 2013                              /s/ David D. Fischer for
                                                     OLAF HEDBERG
                                                     Attorney for Defendant
                                                     PAVEL YAKIMENKO

Dated: November 4, 2013                              /s/ David D. Fischer for
                                                     STANLEY KUBOCHI
                                                     Attorney for Defendant
                                                     YURIY KALTACHI

Dated: November 4, 2013                              /s/ David D. Fischer for
                                                     TIMOTHY ZINDEL
                                                     Attorney for Defendant
                                                     SVETLANA KRAMAREKNO


**O R D E R**

IT IS SO FOUND AND ORDERED this 5th day of November, 2013.


_____
Troy L. Nunley
United States District Judge